The Honorable Barbara J. Rothstein

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DYNAMIC DATA TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HTC CORPORATION AND HTC AMERICA INC.,<br><br>Defendants. | C.A. No. 2:19-cv-00947-BJR<br><br>**JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS HTC CORPORATION AND HTC AMERICA INC.** |

Plaintiff Dynamic Data Technologies, LLC ("Dynamic Data") and Defendants HTC Corporation and HTC America Inc. ("Defendants") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dynamic Data and Defendants stipulate that:

1. Dynamic Data consents to dismissal with prejudice of all of its claims against Defendants in this suit.

2. Dynamic Data and Defendants shall each bear their own attorney fees and costs incurred in connection with this action.

///

///

1

| | |
|---|---|
| 1 | DATED: July 17, 2019 |
| 2 | |
| 3 | /s/ Daniel P. Hipskind  /s/ Robin E. Wechkin |

/s/ Daniel P. Hipskind
Daniel P. Hipskind
BERGER & HIPSKIND LLP
Daniel P. Hipskind
Dorian S. Berger
Eric B. Hanson
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
(323) 886-3430
dph@bergerhipskind.com
dsb@bergerhipskind.com
ebh@bergerhipskind.com

Attorneys for Plaintiff
DYNAMIC DATA TECHNOLOGIES, LLC,

/s/ Robin E. Wechkin
Robin E. Wechkin (SBN 24746)
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-7680
rwechkin@sidley.com

Michael J. Bettinger
Curt Holbreich
Saurabh Prabhakar
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
mbettinger@sidley.com
cholbreich@sidley.com
sprabhakar@sidley.com

Todd M. Simpson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-7310
Facsimile: (212) 839-5599
tsimpson@sidley.com

Attorneys for Defendants
HTC Corporation and HTC America, Inc.

IT IS SO ORDERED this 18th day of July.

*Barbara J. Rothstein*
The Honorable Barbara J. Rothstein
United States District Judge